# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
          Appellant,

vs.

RENEE BAKER, WARDEN; JOSEPH BURIN; DEBORAH STIPLIN; MICHAEL BYRNE; SANDY ROSE; JAMES COX; ROBERT LEGRAND, WARDEN; ROBERT SCHOFIELD; TONY CORDA; JACK PALMER; AND DANIEL SCHWARTZ,
          Respondents.

No. 71438

FILED

JAN 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a "petition for writ of execution, mandamus (and/or) in the alternative prohibition, or for finding of contempt and further enforcement relief." Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-00475

cc: Hon. Steve L. Dobrescu, District Judge
Renard Truman Polk
Attorney General/Carson City
Attorney General/Las Vegas
White Pine County Clerk